# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CIVIL ACTION NO. 16-5902 |
| : | |
| JEFFREY S. DICKINSON a/k/a : | |
| J. SCOTT DICKINSON a/k/a : | |
| JEFF SCOTT DICKINSON : | |

## ORDER

This 9th day of February, 2017, upon consideration of Plaintiff's Motion for Service by Posting Property and Certified Mail, the Court finding that attempts to serve the defendant were not sufficiently thorough or exhaustive, it is hereby **ORDERED** that the Motion (Doc #2) is **DENIED**.

      /s/ Gerald Austin McHugh
United States District Judge