# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>vs.<br><br>JEFFEREY S. DICKINSON a/k/a J. SCOTT DICKINSON a/k/a JEFF SCOTT DICKINSON<br>Defendant | CIVIL ACTION NO.<br>16-05902 |

## ORDER FOR SERVICE BY POSTING TO PROPERTY AND CERTIFIED MAIL

This 9th day of March, 2017, it appearing by Plaintiff's Motion and Affidavit, to the satisfaction of the Court, that the Defendant cannot, upon diligent inquiry, be found so as to be personally served with the Summons and Complaint in Enforced Collection.

It is hereby ORDERED, ADJUDGED AND DECREED that the Summons and Complaint in Enforced Collections be served on the Defendant by Plaintiff or its agent by posting a copy of the Summons and Complaint in Enforced Collection on the property of the last known address and by regular and certified mail addressed to 308 Glen Ridge Road, Havertown, PA 19083. This Order shall accompany all three modes of service. Service shall be completed upon posting or upon mailing, whichever occurs later.

/s/ Gerald Austin McHugh
United States District Judge