

## IN THE DISTRICT COURT OF DELAWARE COUNTY PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA; et seq.<br>**Plaintiff (Petitioner)**<br><br>V.<br><br>JEFFEREY S. DICKINSON A/K/A J. SCOTT DICKINSON A/K/A JEFF SCOTT DICKINSON; et al.<br>**Defendant (Respondent)** | CASE and/or DOCKET No.: 16-05902<br><br>Sheriff's Sale Date: _____ |

### AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: SUMMONS AND COMPLAINT**

I, ERIC AFFLERBACH, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served JEFFEREY S. DICKINSON A/K/A J. SCOTT DICKINSON A/K/A JEFF SCOTT DICKINSON the above process on the 15 day of March, 2017, at 12:00 o'clock, PM, at 308 GLEN RIDGE RD HAVERTOWN, PA 19083, County of Delaware, Commonwealth of Pennsylvania:

**Manner of Service:**

☑  By posting a copy of the original process on the most public part of the property pursuant to an order of court

Service was attempted on the following dates/times:

1) _____      2) _____      3) _____

Commonwealth/State of _Pa_

County of _Berks_     ) SS:

Before me, the undersigned notary public, this day, personally, appeared _Eric Afflerbach_ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

Subscribed and sworn to before me this _17_ day of _March_, 20_17_.

_____
COMMONWEALTH OF PENNSYLVANIA Notary Public

NOTARIAL SEAL
Teresa Minzola, Notary Public
Washington Township, Berks County
My Commission Expires December 05, 2017

File Number: USA-158328
Case ID #: 4837775

Brittni A

| USPS Manifest Mailing System | | | | | | | Page 1 |
|---|---|---|---|---|---|---|---|
| Mailer's Name & Address<br>KML Law Group<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | | Permit Number<br>123 | | | MAC Ver. Number<br>ConnectShip Progistics 6.5 | | |
| | | Sequence Number<br>6032-1 | | | Class of Mail<br>Mixed | | |

| Article #/<br>Piece ID | Addressee Name<br>Delivery Address | ES<br>Type | Postage | ES<br>Fee | Insurance<br>Amount | Due/<br>Sender | Total<br>Charge |
|---|---|---|---|---|---|---|---|
| 9171999991703701302465<br>9171999991703701302465 | DICKINSON, JEFFEREY S a/k/a J SCOTT DICKINSON a/k/a JEFF SCOTT DICKINSON<br>308 Glen Ridge Rd<br>Havertown, PA 19083 | ERR<br>C | 0.925 | 1.40<br>3.45 | | | 5.78 |
| 9171999991703749883964<br>9171999991703749883964 | ROBINSON, MARK A.<br>128 North 62nd Street<br>Philadelphia, PA 19139 | ERR<br>C | 0.925 | 1.40<br>3.45 | | | 5.78 |
| 9171999991703752664963<br>9171999991703752664963 | ROBINSON, MARK A.<br>128 S. 62nd Street<br>Philadelphia, PA 19139 | ERR<br>C | 0.925 | 1.40<br>3.45 | | | 5.78 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Page Totals | 3 | | 2.78 | 14.55 | | | 17.33 |
| Cumulative Totals | 3 | | 2.78 | 14.55 | | | 17.33 |

USPS CERTIFICATION

Total Number Of Pieces Received_____

_____
Signature of Receiving Employee

Round Stamp_____

PS Form 3877 (Facsimile)

Extra Service Codes:
C    Certified
ERR    Return Receipt



| Name and Address of Sender<br>KML LAW GROUP, P.C.<br>SUITE 5000<br>701 MARKET STREET<br>PHILADELPHIA, PA<br>19106-1532 | Check type of mail or service:<br>☐ Certified    ☐ Recorded Delivery (International)<br>☐ COD        ☐ Registered<br>☐ Delivery Confirmation  ☐ Return Receipt for Merchandise<br>☐ Express Mail  ☐ Signature Confirmation<br>☐ Insured | | | | Affix Stamp Here<br>(If issued as a certificate of mailing, or for additional copies of this bill) Postmark and Date of Receipt | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Article Number | Addressee (Name, Street, City, State, & ZIP Code) | Postage | Fee | Handling Charge | Actual Value if Registered | Insured Value | Due Sender if COD | DC Fee | SC Fee | SH Fee | RD Fee | RR Fee |
| 1. | | | | | | | | | | | | |
| 2. | | | | | | | | | | | | |
| 3. | TO JEFFEREY S. DICKINSON a/k/a JEFF SCOTT DICKINSON DICKINSON, JEFFEREY S. a/k/a J. SCOTT DICKINSON a/k/a J<br>308 Glen Ridge Rd<br>Havertown, PA 19083 | | | | | | | | | | | |
| 4. | | | | | | | | | | | | |
| 5. | | | | | | | | | | | | |
| 6. | | | | | | | | | | | | |
| 7. | | | | | | | | | | | | |
| 8. | | | | | | | | | | | | |

Total Number of Pieces Listed by Sender: 1

Total Number of Pieces Received at Post Office: 1

Postmaster, Per (Name of receiving employee): Brittni Agustin

U.S. POSTAGE $001.35 PITNEY BOWES
ZIP 19106
02 1W
0001391829 MAR 13 2017

PS Form 3877, February 2002 (Page 1 of 2)     Complete by Typewriter, Ink, or Ball Point Pen    See Privacy Act Statement on Reverse

USA-158328   Delaware County   Sale Date:

JEFFEREY S. DICKINSON a/k/a J. SCOTT DICKINSON a/k/a JEFF SCOTT DICKINSON