UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                              Plaintiff<br><br>v.<br><br>JEFFEREY S. DICKINSON a/k/a J. SCOTT DICKINSON a/k/a JEFF SCOTT DICKINSON,<br>                              Defendant | No. 16-05902 |

### DEFAULT JUDGMENT

AND NOW, this __7th__ day of __April__, 2017, it appearing by Affidavit of Plaintiff, United States of America, on behalf of its Agency, the Department of Education, by its specially appointed counsel, KML Law Group, P.C., by Rebecca A. Solarz, Esquire, that the Complaint in the above-captioned action was filed in the Court on Monday, November 14, 2016 and, after due service of process on Defendant, JEFFEREY S. DICKINSON a/k/a J. SCOTT DICKINSON a/k/a JEFF SCOTT DICKINSON, according to law, no appearance, answer or other defense has been served or filed by or on behalf of Defendant,

JUDGMENT IS ENTERED in favor of the Plaintiff, United States of America, on behalf of its Agency, the Department of Education, and against Defendant, JEFFEREY S. DICKINSON a/k/a J. SCOTT DICKINSON a/k/a JEFF SCOTT DICKINSON, in the amount of $4,446.96. Judgment is to accrue interest at the current legal rate, compounded annually until paid in full.

Date: April 7, 2017

Clerk, United States District Court
EasternDistrict of Pennsylvania

By: ___s/ Terry Milano___
Deputy Clerk